IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     CASE NO. 4:17-CR-00324-BSM-2

TERRIE LYNN YANCY     DEFENDANT

## ORDER

Terrie Lynn Yancy's motion for compassionate release [Doc. No. 273] is denied for the reasons in the August 27, 2020, order. *See* Doc. No. 263.

IT IS SO ORDERED this 4th day of December, 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE